No. 220. CASPERSEN *v*. COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jackson R. Collins* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 221. BROCK ET AL. *v*. BARNSDALL OIL CO. ET AL.; and

No. 222. ASH ET AL. *v*. BARNSDALL OIL CO. ET AL. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Lewright* for petitioners in No. 221, and *Mr. Chas. M. Alderson* for petitioners in No. 222. *Messrs. W. J. Howard, E. E. Townes,* and *R. E. Seagler* for Barnsdall Oil Co. et al., and *Mr. David B. Trammell* for J. O. Phillips et al., respondents. Reported below: 118 F. 2d 699.

No. 224. URSETH *v*. SUN LIFE ASSURANCE CO. OF CANADA. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. L. London* for petitioner. *Mr. Harold R. Small* for respondent.

No. 225. WEGENER *v*. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Chas. H. Garnett* and *C. F. Miller* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.